COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTIONS**

Cause number:        01-18-00933-CV

Style:        In the Matter of the Marriage of Dodi Marie Hildebrand and Christopher Pat Hildebrand and In the Interest of M.R.H.

Date motions filed*:        April 8 and 12, 2019

Type of motions:        Second and Third Motions to Extend Time to File Amended Brief

Party filing motions:        Pro Se Appellant Christopher Pat Hildebrand

Document to be filed:        N/A (Appellant's Amended Brief was filed on April 12, 2019)

Is appeal accelerated?        No.

If motion to extend time:

    Original due date:        March 25, 2019 (Amended Brief)

    Number of extensions granted:    0    Current Due Date:  March 25, 2019

    Date Requested:        April 22, 2019

Ordered that motions are:

    ☑ Granted, nunc pro tunc

        If document is to be filed, document due:  April 12, 2019.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☑ Other: _____

    This Court's February 21, 2019 Order had directed the district clerk to mail the appellate records to the pro se appellant and ordered appellant's amended brief to be filed within 30 days of that Order.  Accordingly, appellant's second and third extension request to file his amended brief, after he stated that he received the records on March 25, 2019, are **granted, nunc pro tunc, to April 12, 2019**, the date he filed his amended brief on the merits here. *See* TEX. R. APP. P. 10.5(b)(1)(C), 38.6(d).

Judge's signature: __/s/ Evelyn V. Keyes_____

        x  Acting individually    ☐  Acting for the Court

Date: ___April 23, 2019_____